UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00348-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARY ROSE WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

After due consideration, the undersigned hereby recuses from any participation in this action. The Clerk is hereby directed to cause this action to be reassigned to another judge in this court.

This the 12th day of December, 2011.

                                            Malcolm J. Howard
                                            Senior U.S. District Judge

At Greenville, N.C.
jh